UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEFA CEJA DE OSEGUERA,<br><br>    Plaintiff,<br><br>    v.<br><br>FLAGSHIP FACILITY SERVICES INC,<br><br>    Defendant. | Case No.15-CV-01275-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Timothy Cohelan
Defendant's Attorney: Ronald Peters

     An initial case management conference was held on August 26, 2015. A further case management conference is set for December 9, 2015 at 2:00 p.m. The parties shall file their joint case management statement by December 2, 2015.

     By September 9, 2015 the parties shall file a joint mediation statement identifying a mediator and the date of their mediation.

     There shall be no bifurcation of discovery.

     The Court set the following case schedule:

DEADLINE TO COMPLETE MEDIATION: December 1, 2015

CLASS CERTIFICATION:

Motion: March 17, 2016
Opposition: April 14, 2016
Reply: April 28, 2016
Hearing: May 12, 2016, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 26, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No. 15-CV-01275-LHK
CASE MANAGEMENT ORDER

2