UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEFA CEJA DE OSEGUERA,<br><br>           Plaintiff,<br><br>     v.<br><br>FLAGSHIP FACILITY SERVICES INC,<br><br>           Defendant. | Case No. 15-CV-01275-LHK<br><br>**ORDER CONTINUING MEDIATION DEADLINE** |

The parties' deadline to complete mediation is continued to January 15, 2016.

**IT IS SO ORDERED.**

Dated: September 21, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-01275-LHK
ORDER CONTINUING MEDIATION DEADLINE