UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEFA CEJA DE OSEGUERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLAGSHIP FACILITY SERVICES INC,<br><br>　　　　Defendant. | Case No. 15-CV-01275-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference scheduled for December 9, 2015 is hereby continued to March 9, 2016. The parties shall file a joint case management statement by March 2, 2016. The parties are reminded that each side may file only one dispositive motion in the entire case. Thus, the Court will not permit a party to file both a motion for summary judgment and a cross-motion for summary judgment.

**IT IS SO ORDERED.**

Dated: December 3, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-01275-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE